IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR239 |
| JOLYN SCHMELING, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Continue Trial and Hold Rule 17.1 Conference [14]. Good cause being shown, the motion is granted. The trial in this matter will be set by further order of the court.

IT IS ORDERED:

1. That defendant's Motion to Continue Trial and Hold Rule 17.1 Conference [14] is granted.

2. The Rule 17.1 Conference is set for October 26, 2005 at 10:00 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska. Counsel are required to bring their calendars and the government shall have the case agent present. Defendant, Jolyn Schmeling, does not need to be present.

3. The jury trial previously scheduled for October 31, 2005 before Chief Judge Joseph F. Bataillon is cancelled and will be rescheduled by further order of the court.

DATED this 18th day of October, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge