IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOLYN SCHMELING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, jury trial for the defendant, Jolyn Schmeling , is rescheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 16, 2006, at 8:30 a.m.**  Since this is a criminal case, the defendant shall be present, unless excused by the court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 25th day of September, 2006.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge